UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EMMANUEL EVARISTE**
        Plaintiff(s)

        v.                    CIVIL ACTION NO. **19-11996-DJC**

**UNITED STATES OF AMERICA**
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

**CASPER, D.J.**

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Electronic Order entered on November 5, 2021;

   **IT IS ORDERED AND ADJUDGED**

   Judgment for the defendant United States of America

Robert M. Farrell, Clerk

Dated: November 5, 2021                    /s/ Haley E. Currie
                                          ( By )  Deputy Clerk